# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI BERRY and ALEXANDER BERRY,<br><br>Plaintiffs,<br><br>v.<br><br>Borough of Verona, PA Police Chief GUY TRUBY, Police Officer STEVEN SURANOVICH, and Several Unknown Members of the Borough of Verona Police Department, in their individual capacities and in their official capacities, Allegheny County Juvenile Probation Officer TIMOTHY BARNES and Several Unknown Employees of the Allegheny County Juvenile Probation Office, in their individual capacities; and the BOROUGH OF VERONA, PA,<br><br>Defendant. | Civil Action No. 08-cv-1446<br><br>Judge Terrence F. McVerry<br>Magistrate Judge Cathy Bissoon |

## **MEMORANDUM ORDER**

On February 24, 2009, this case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On April 23, 2009, the magistrate judge issued a Report (Doc. 26) recommending that Defendants Borough of Verona, PA, Borough of Verona, PA Police Chief Guy Truby and Police Officer Steven Suranovich's Motion to Dismiss (Doc. 10) be granted in part and denied in part. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, on this 1st day of June, 2009, **IT IS HEREBY ORDERED** that Defendants Borough of Verona, PA, Borough of Verona, PA Police Chief Guy Truby and Police Officer Steven Suranovich's Motion to Dismiss (Doc. 10) is **GRANTED IN PART** and **DENIED IN PART**, as described in the Report and Recommendation.

The Report and Recommendation of Magistrate Judge Bissoon dated April 23, 2009 is hereby adopted as the opinion of the District Court.

s/ Terrence F. McVerry  
United States District Judge

cc (via email):

Arthur R. Bloom, Esq.
Charles P. Hoebler, Esq.
Edmond R. Joyal, Esq.
Caroline Liebenguth, Esq.